IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No 18-cv-81085-DMM

| | |
|---|---|
| ROBERT LODGE, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **JURY TRIAL DEMANDED** |
| vs. | |
| CHECKERS DRIVE-IN RESTAURANTS, INC. a Florida Corporation, | |
| *Defendant*. _____/ | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, ROBERT LODGE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismisses this this action as follows:

1. All claims of the Plaintiff, ROBERT LODGE, individually, are hereby dismissed without prejudice with each party to bear its own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: August 29, 2018

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**

/s/ Andrew J. Shamis

Andrew J. Shamis, Esq.
Florida Bar No. 101754 14
NE 1st Ave.
Suite 400
Miami, FL 33132
ashamis@shamisgentile.com

Telephone: 305.479.2299

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 400
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:    /S/Andrew J. Shamis____
        ANDERW J. SHAMIS, ESQ
        Florida Bar # 101754

*Attorneys for Plaintiff Robert Lodge*